UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS, | : : : : | CASE NO. 3:01-cv-00650-JBA |
| Plaintiff, | : : | **APPEARANCE** |
| v. | : : | |
| WILBERT SHAW, | : : | |
| Defendant. | : : | |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD**:

Pursuant to Local Rule 5 (b), please enter the undersigned firm's appearance as counsel in this case for plaintiff Charter Communications Entertainment 1, LLC d/b/a Charter Communications.

Dated:  Mineola, New York
         September 14, 2007

                        Yours, etc.,

                        LAW OFFICES OF PATRICK J. SULLIVAN, PLLC
                        Attorney for the Plaintiff

                        By:    <u>/s/ Patrick J. Sullivan</u>
                               Patrick J. Sullivan (ct26167)
                               92 Willis Avenue, Second Floor
                               Mineola, New York  11501
                               Phone: (516) 342-1248
                               Fax:     (516) 747-9405
                               e-mail: lawofficespjs1@optonline.net

                               Local Office Pursuant to Local Civil Rule 83.1(c):

                               Joseph M. Tobin, Esq.
                               Tobin & Melien
                               45 Court Street
                               New Haven, CT  06511
                               Phone:  (203) 777-6660
                               Fax:     (203) 777-1817

**Certificate of Service**

**PATRICK J. SULLIVAN**, an attorney admitted to the Bar of the U.S. District Court for the District of Connecticut, certifies that the following is true and correct:

1.      On September 14, 2007, I served a copy of the foregoing Appearance upon the defendant by first class postage prepaid mail to the address set forth below:

>   Wilbert Shaw
>   5 Duncan Lane
>   New Milford, CT  06776

2.      On September 14, 2007, I caused to be served by e-mail a copy of the foregoing Appearance to the attorney set forth below as follows:

>   Ryan Mihalic, Esq.
>   Murtha Cullina LLP
>   Cityplace I, 185 Asylum Street
>   Hartford, CT  06103-3469
>   rmihalic@murthalaw.com

Dated:  Mineola, New York
            September 14, 2007

>                           /s/ Patrick J. Sullivan
>                   **PATRICK J. SULLIVAN (ct26167)**